# UNITED STATES DISTRICT COURT

for the

JIOHN JOSEPH MOAKLEY District of ESSEX

MASSACHUSETTS Division

|  |  |
|---|---|
| NEON PRO-PAINTERS LLC PRO SE <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> UNITED STATES <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | NEON PRO-PAINTERS LLC-JONATHAN M JARRY PRO SE |
   | Street Address | 24 PORTCHESTER DRIVE |
   | City and County | NASHUA HILLSBOROUGH |
   | State and Zip Code | NH 03062 |
   | Telephone Number | 603-584-9449 |
   | E-mail Address | JONATHANMJARRY@GMAIL.COM |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PETE BUTTIGIEG |
| Job or Title *(if known)* | SECRETARY OF TRANSPORTATION |
| Street Address | 1600 PENNSYLVANIA AVENUE NW ATTN: MAIL CLERK |
| City and County | DISTRICT OF COLUMBIA |
| State and Zip Code | WASHINGTON DC 20006 |
| Telephone Number | 202-456-1111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JEFF ZIENTS |
| Job or Title *(if known)* | CHIEF OF STAFF |
| Street Address | 1600 PENNSYLVANIA AVE NW ATTN: MAIL CLERK |
| City and County | DSTRICT OF COLUMBIA |
| State and Zip Code | WASHINGTON DC 20006 |
| Telephone Number | 202-456-1111 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | ALEX AZAR |
| Job or Title *(if known)* | FORMER HEALTH AND HUMAN SERVICES SECRETARY |
| Street Address | 1600 PENNSYLVANIA AVE NW |
| City and County | DISTRICT OF COLUMBIA |
| State and Zip Code | WAHINGTON DC 20006 |
| Telephone Number | 202-456-1111 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | KAMALA HARRIS |
| Job or Title *(if known)* | VICE PRESIDENT |
| Street Address | 1600 PENNSYLVANIA AVE NW |
| City and County | DISTRICT OF COLUMBIA |
| State and Zip Code | WASHINGTON DC 20006 |
| Telephone Number | 202-456-1111 |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

EQUAL RIGHTS ACT 1964 VII
MOVIE STAR CLAUSE
RELIGIOUS FREEDOM ACT
VIOLATION AND ATTEMPTED MURDER OF A PROTECTED CLASS
VIOLATION AND NO PROTECTION-MOVIE STAR CLAUSE
18 US CODE 2332a-WEAPON TO KILL OR POISON-ILLEGAL POISONING DoD

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* JONATHAN M JARRY-PRO SE', is a citizen of the State of *(name)* NEW HAMPSHIRE.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* NEON PRO-PAINTERS LLC, is incorporated under the laws of the State of *(name)* MASSACHUSETTS,
       and has its principal place of business in the State of *(name)* MASSACHUSETTS.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        The defendant, *(name)* UNITED STATES , is a citizen of the State of *(name)* WASHINGTON DC-UNITED STATES . Or is a citizen of *(foreign nation)* UNITED STATES .

    b. If the defendant is a corporation

        The defendant, *(name)* UNITED STATES , is incorporated under the laws of the State of *(name)* WASHINGTON DC , and has its principal place of business in the State of *(name)* WASHINGTON DC . Or is incorporated under the laws of *(foreign nation)* UNITED STATES , and has its principal place of business in *(name)* UNITED STATES .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

28,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

THE KINLOCH APARTMENTS-104 TURNPIKE RD UNIT 3401 CHELMSFORD MA 01824
JARRY RESIDENCE 24 PORTCHESTER DRIVE NASHUA NH 03062

B. What date and approximate time did the events giving rise to your claim(s) occur?

NOVEMBER 2020-PRESENT DAY- ILLEGAL DUM,PING OF US ARMY PROGRAM. PROGRAM IS KNOWN FOR SENATE SLAVES, OR ARMY RANGERS. EFFECTS: ATTEMPTED MURDER, INTERNAL BLEEDING, CONSTANT HARRASSMENT, ILLEGAL MONITORING. MAY VERIFY THRU TRANSCRIPTS
24 HOURS A DAY/7 DAYS A WEEK

---

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

STATEMENT OF FACTS-EVENTS THAT LED TO VIOLATION OF CIVIL RIGHTS AND ILLEGAL POISONING

1. Poisoned in July 2020, by a group of individuals who were located the Town of Chelmsford at 104 Turnpike Rd, 3301-3307, Chelmsford MA 01824
2. Group was composed of multiple schizophrenia, mentally disabled, crystal meth, individuals who claimed they were apart of some cult. Their initial claim was people like "I" were godly. Soon after, someone else became "Godly."
3. Daily break-ins to my unit, located at 104 Turnpike Rd Unit 3401 Chelmsford MA 01824. Key given by Leasing Office at the direction of Chelmsford Public Safety. An individual who leased other unit would be a relative of then Police Chief, John Spinney.
4. Break-Ins would continue, so would drug-use, which was supposedly authorized by the Governor, or HHS, at the time. A case study of some sort.
5. During break-ins individuals, including Chelmsford Public Safety Officers would loot, steal, urinate on couches, urinate in planters.
6. Personal Dog, Bella, would be raped by a sharp object in her anal cavity and would later die of paralysis.
7. Daily calls to Chelmsford Public Safety would go unanswered. There would be a response, but no police report accompanied by visit.
8. Reason: schizophrenic related to Police Chief and illicit profit of drug sales reportedly
9. Daily harassment would continue. Food would be poisoned with a military grade rat poison for approximately five months. I would lose my bowels on multiple occasions.
10. Leasing Office would continue to privilege keys to individual with claims that "he makes keys for the property."
11. I would be contacted by numerous public officials and police officers for sex. If you have a "wife", we can "bang". Group would pride themselves on sharing each other's spouses while engaging in gay sex. No more than 4-5 Police Officers and a typical occurrence and company from neighbor
12. I would have zero desire to engage in any, or all such activities as I had zero interest as I worked 80 long hours a week. No desire to have a so-called "wife" to hang out with members of group. Zero desire to have a so-called "wife".
13. The group would continue to harass my person and grow.
14. The group now had access to satellites through the US Army. Identity would now be fully compromised by close friend Timothy Pennington Legeros Age 55 (witness)
15. Caleb Cedrone (first) would ask my person to masturbate on several occasions by satellite. He was accompanied by a female who went by "Jessica."
16. I would then meet a few Public Officials by secure communication with desire to enter low-level politics. During interaction issues, break-ins would begin to happen. Public Officials: Gov. Charlie Baker, Lauren Baker, Judge Marcus Grant and a few White House contacts.
17. Interactions with Officials would be brief and professional.
18. More than 508 calls would be made to Chelmsford Public Safety out of concerns for personal safety and welfare due to neighbors.
19. Break-ins continue and then additional poisoning, then accompanied by US Army Personnel to monitor.
20. Flies would engulf my head for a period of two weeks. After two weeks, gray mites would fall from anal cavity. Mites would crawl under scalp of skin.
21. After infection, body would be sexually assaulted. Anal sex, oral sex mainly done by satellite. I would not sleep for a period of three months; also known as a cycle (Heart Rate 157 beats) for 3 months.
22. Due to increased heart rate, I would lose approximately 62lbs.
23. Eventually after poisoning, my life, business would begin to detangle.
24. I would begin to lose focus and money.
25. Group would start following my person to my clients' homes where I would have to act crazy to avoid break-ins. Two individuals, one neighbor, other a contractor in a white van.
26. To protect my clients, my business and family name, I chose to "Temporarily" shut down.
27. Stalking would continue, so would the attempts at my life. Page 6 of 9

28. Chelmsford Public Safety would spend unlimited resources to protect neighbor who went by "Dustin", and a Rachel Beers- Chelmsford Public Safety
29. The group would continue to grow to a business known as Best Fitness. Where "Dustin" would hold a "Biggest Loser Contest". Company would have no idea what to initially do but would allow behavior as individual "Dustin" would freak out and fist fight.
30. Dustin infatuation would grow and grow. Initial destruction was the plan. As individual grew more comfortable, he began to a sensation/desire to murder my person, family and have sex with my corpse. Even promised by a Management Team at Natick Research Center, they would allow him to have my body for two days.
31. Group would have two to three other individuals, known necrophiliacs, plan to rape corpse. Organs would then be sold to the highest bidder. Group would even arrange transport of my body overseas with claims I was "Nostradamus", relative of, or Jesus Christ as some would pray to me out of the blue.
32. Group would buy "signal booster", directly underneath my person and would beam them through the ceiling while I was lying in bed. This would last for months. The group had hopes it would cause cancer.
33. Group would circulate a porn video of my person passed out, a young man (unknown), move behind my person, no protection and have anal sex. Individual would ejaculate all over anal cavity. Timothy Pennington Legeros (55); discovered circulation of video on Facebook.
34. Group would continue to disseminate my brand, business with claims I had no business; A: sleeping with multiple individuals in a week, B: I did not have the right to make the amount of money I did.
35. The group would masturbate on linens and clothing. Quite often steal my underwear and reportedly would lick semen off them.
36. Governor Charlie Baker would continue some sort of Sadomasochism entry into group. The group would continue to reach out to me. No sexual interest, just more of a bother.
37. Eventually it would come time to shut business down as I began to fear for my life, family, client's protection.
38. I would move to Nashua NH with parents with hopes stalking would stop Nov 2022.
39. The group would have oral relations outside common during summer months.
40. They would harass my person with laser pointers and stuff of that nature.
41. They would break-in in the middle of the night and approach my person while sleeping.
42. Group would drug food with additional programs and poison from Research Center
43. The group would place sedatives in food, so I would pass out, then try raping my body.
44. The group would then find employment within the US Armed Forces at USARIEM Research Center. The group would have access to programs and additional poisons.
45. Group would carefully and remotely destroy identity, cause problems with multiple Federal Agencies and individuals believe "I" compromised their systems.
46. Group would have assets follow my person to Florida. Inverness, Florida of all places.
47. Group made attempts to poison entire family. Possibly 5-20 people have been poisoned with a deadly program.
48. My name, identity, image is now circulated among necrophiliacs, groups, who purchase such a program to suffocate, make my person bleed and then revive my person as needed.
49. FBI would receive daily updates-706 attempts and daily updates.
50. My life is in extreme danger. There is much more I do not know. It is frightening. Group knows of my internal bleeding but refused to pay for services, call an ambulance. I need your help John Joseph Moakley
51. White House interfered with effective law enforcement involvement with the FBI and malpractice from Commonwealth of Massachusetts.

REFERENCE Tanzin v. Tanvir-violation of Religious Freedoms, Brownback vs King-Police Brutality, Blackwell vs. FBI-FOIA no. 10-5072

Sincerely,

PERSONAL CARETAKER/CAREGIVER Jonathan M Jarry Donna Jarry Page 7 of 9 Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner) 603)584-9449 128 Barretts Hill Rd Hudson, NH 03051 (603)321-6776 EQUAL RIGHTS 1964 VII- RACE, CREED, ORIGIN, SEXUAL ORIENTATION, AND RELIGIOUS FREEDOMS-VIOLATION-PROTECTED CLASS MOVIE STAR CLAUSE- 18 US CODE 2332a-WEAPON TO KILL OR POISON-ILLEGAL POISONING DoD-ILLEGALLY POISONED BY A US ARMY PROGRAM-PROOF KINLOCH CAMERAS

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

EVERY ENTITY KNEW OF ABUSE, EVERY ENITY FAILED TO REPORT. NOW, ILLEGAL MONITORING CONTINUES AND MULTIPLE ATTEMPTS AT MY LIFE HAVE BEEN MADE. STATE HAS REFUSED TO APPREHEND OR HOLD ANYONE ACCOUNTABLE TO PROTECT MY PERSON, BUSINESS, OR RELATIVES; INCLUDING COUNTRY

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TO RECEIVE COURTS OPINION WHETHER OR NOT CIVIL RIGHTS HAVE BEEN VIOLATED. WHETHER OR NOT, DoD IS RESPONSIBLE FOR ILLEGAL POISONING. TO BE COMPENSATED FOR ABUSES BY LOCAL AND FEDERAL OFFICIALS. MULTIPLE EMPLOYMENT OPPORTUNITIES OFFERED, BUT NO OFFER IN PERSON

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/2023

Signature of Plaintiff

Printed Name of Plaintiff    NEON PRO-PAINTERS LLC-JONATHAN M JARRY-PRO SE'

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address